# United States District Court

-------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| **TERRI E. BAKER,**<br><br>     **Plaintiff**,<br><br>     v.<br><br>**USD 229 BLUE VALLEY, LEE A. NORMAN, DEREK SCHMIDT, AND LAURA KELLY,**<br><br>     **Defendants.** | Case No. 2:19-CV-02480-HLT-JPO |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 52), judgment is entered in favor of Defendants USA 229 Blue Valley, Lee A. Norman, Derek Schmidt and Laura Kelly against Plaintiff Terri E. Baker and this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  March 13, 2020                              TIMOTHY M. O'BRIEN
                                                                        CLERK OF THE DISTRICT COURT

                                                                        by: */s/ Misty D. Deaton*
                                                                                 Deputy Clerk